IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL CHATFIELD SMITH,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-01258 |
| | § | |
| **USAA GENERAL INDEMNITY COMPANY,** | § | |
| Defendant. | § | |

## PLAINTIFF, MICHAEL CHATFIELD SMITH'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff, Michael Chatfield Smith, files this Certificate of Interested Parties that contains a complete list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who appear from the pleadings to be financially interested in the outcome of the case.

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if non, state "None"):

   **Per Defendant's Corporate Disclosure Statement at *Dkt. No. 13*, USAA General Indemnity Company is a Texas Corporation that is not publicly held, and is wholly owned subsidiary of United States Automobile Association ("USAA").**

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

   1. **Plaintiff: Michael Chatfield Smith**
   2. **Defendant: USAA General Indemnity Company and its parent company United States Automobile Association; Federal Emergency Management Agency ("FEMA"); United States Treasury.**
   3. **Plaintiff's Counsel: Rene M. Sigman and Emily B. Marlowe; Merlin Law Group, P.A.**

    **4. Defendant's Counsel:** Seth Schmeeckle, Tina Kappen and Suzanne Schlicher; Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, A Law Corporation.

If new parties are added or if additional persons or entities that are financially interested in the outcome of this litigation are identified during the pendency of this litigation, Plaintiffs will file an amended certificate.

Respectfully submitted,

**Merlin Law Group, P.A.**

 /s/ Rene M. Sigman
Rene M. Sigman, Esq.
Federal ID No. 900984
Emily B. Marlowe, Esq.
Federal ID No. 2248224
rmsdocket@merlinlawgroup.com
515 Post Oak Blvd, Suite 750
Houston, Texas 77027
(713) 626-8880 (Office)
(713) 626-8881 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of this document was served on the following counsel of record on July 23, 2018 in accordance with the Federal Rules of Civil Procedure.

Seth Schmeeckle, Esq.
Tina Kappen, Esq.
Suzanne Schlicher, Esq.
Lugenbuhl, Wheaton, Peck,
Rankin & Hubbard, A Law Corporation
801 Travis St., Suite 1800
Houston, Texas 77002
tkappen@lawla.com
sschlicher@lawla.com

/s/ Emily B. Marlowe
Emily B. Marlowe, Esq.